UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:14-cv-276-FL

| | |
|---|---|
| ERIN ELIZABETH BRAY,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF WAKE FOREST, a political sub-division of the State of North Carolina; MARK WILLIAMS, Town Manager of the Town of Wake Forest, in his official capacity; VIRGINIA JONES, Director of Human Resources for the Town of Wake Forest, in her official capacity; JEFFREY M. LEONARD, Chief of Police for the Town of Wake Forest, in his official capacity,<br><br>    Defendants. | **ORDER ALLOWING DEFENDANTS' MOTION TO STAY FURTHER PROCEEDINGS PENDING RESOLUTION OF MOTION TO DISMISS** |

This matter having come before the Court pursuant to the Defendants' Motion to Stay Further Proceedings Pending Resolution of Motion to Dismiss, and this Court having found good cause to grant said Motion, the Motion to Stay Further Proceedings Pending Resolution of Motion to Dismiss is hereby GRANTED.

This the __9th__ day of _____July_____, 2014.

_____
THE HONORABLE LOUISE W. FLANAGAN
UNITED STATES DISTRICT COURT JUDGE