IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:14-cv-00276-FL

| | |
|---|---|
| ERIN ELIZABETH BRAY ) | |
|     Plaintiff, ) | |
| ) | |
| ) | STIPULATION |
| vs. ) | OF DISMISSAL |
| ) | WITH PREJUDICE |
| TOWN OF WAKE FOREST; a political ) | |
| sub-division of the State of North ) | |
| ) | |
|     Defendant. ) | |

    NOW COME Plaintiff Erin Elizabeth Bray and Defendant Town of Wake Forest, by and through their undersigned counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and stipulate to the dismissal with prejudice of all claims of Plaintiff against Defendant Town of Wake Forest in the above-captioned civil action.

    WE STIPULATE:    DATE: December 21, 2015

| | |
|---|---|
| /s/ MIKAEL R. GROSS | /s/ KATIE WEAVER HARTZOG |
| Mikael R. Gross | Katie Weaver Hartzog |
| N.C. State Bar # 32701 | N.C. State Bar # 32989 |
| Law Offices of Mikael R. Gross | Cranfill Sumner & Hartzog |
| 1501 Ramson Court | P.O. Box 27808 |
| Raleigh, NC 27603-9299 | Raleigh, NC 27808 |
| p. (919) 791-5887 | p. (919) 828-5100 |
| f. (919) 803-3800 | f. (919) 828-2277 |
| E-mail: grosslawoffices@gmail.com | E-mail: kHartzog@cshlaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:14-cv-00276-FL

| | |
|---|---|
| ERIN ELIZABETH BRAY )<br>    Plaintiff, )<br>)<br>vs. )<br>) **CERTIFICATE OF SERVICE**<br>TOWN OF WAKE FOREST; a political )<br>sub-division of the State of North )<br>Carolina, )<br>    Defendant. )<br>) | |

I, the undersigned attorney, hereby certify that on December 21, 2015, I electronically filed the foregoing **Stipulation of Dismissal with Prejudice** with the Clerk of Court using the CM/ECF system which will send notification to Katie Weaver Hartzog at khartzog@cshlaw.com.

This is the 21th day of December, 2015.

                                                    /s/ MIKAEL R. GROSS
                                                  Mikael R. Gross
                                                  N.C. State Bar # 32701
                                                  Law Offices of Mikael R. Gross
                                                  1501 Ramson Court
                                                  Raleigh, NC 27603
                                                  p. (919) 791-5887
                                                  f. (919) 803-3800
                                                  grosslawoffices@gmail.com
                                                  *Attorney for Plaintiff*